United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Oceania III Condominium Association, Inc., Plaintiff,<br><br>v.<br><br>Westchester Surplus Lines Ins. Co. and Everest Indemnity Ins. Co., Defendants. | Civil Action No. 22-23681-Civ-Scola |

### Order Adopting Magistrate Judge's Report and Recommendations

The Court previously referred the Defendant Westchester Surplus Lines Insurance Company's ("Westchester") motion for attorneys' fees and costs (Mot. ECF No. 35) to Magistrate Judge Jonathan Goodman for a report and recommendations. (Order Ref. Mot., ECF No. 36.) On August 18, 2023, Judge Goodman issued a report, recommending that the Court grant Westchester's motion in part, deny the motion in part, and award $3,921.25 in attorneys' fees and $402.00 in costs. (Rep. & Rec., ECF No. 44.) No party has filed objections to the report, and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendations cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendations. (**ECF No. 44**.) The Court thus **grants in part and denies in part** Westchester's motion for attorneys' fees and costs. (**ECF No. 35**.) Accordingly, the Court enters **final judgment** in Westchester's favor, in the total amount of **$4,323.25** (comprised of $3,921.25 in attorneys' fees and $402.00 in taxable costs), against the Plaintiff Oceania III Condominium Association, Inc.

**Done and ordered** in Miami, Florida, on September 12, 2023.

_____
Robert N. Scola, Jr.
United States District Judge